```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

------------------------------------
ROBERT MONSERRATE,
            Plaintiff,            CIVIL NO. 10-3117WJM

v.                                **ORDER OF DISMISSAL**

DET. BRIAN RABBIT, et al
            Defendants.
------------------------------------

Plaintiff having been notified by letter on June 22, 2010 to either pay the filing fee of $350 or complete an application to proceed in forma pauperis within 30 days or this complaint would be dismissed without prejudice and Plaintiff having failed to comply,

It is on this 7th day of January, 2011

**ORDERED** that the Clerk shall deem the Complaint withdrawn and dismissed without prejudice.

                               s/William J. Martini
                          _____
                          WILLIAM J. MARTINI, U.S.D.J.